■ Kevin J. Vivyan et al., Appellants, v Ilion Central School District et al., Respondents. (Appeal No. 1.) [942 NYS2d 835]—Appeal from an order of the Supreme Court, Herkimer County (Michael E. Daley, J.), entered April 29, 2011 in a personal injury action. The order, among other things, denied the motion of plaintiffs to set aside the verdict or for a new trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Fahey, Lindley and Martoche, JJ.